USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/22/2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN BOOT<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>F+W MEDIA, INC.<br><br>　　　　　　Defendant. | STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:18-cv-2166-PAE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Adrian Boot, and counsel for the Defendant, F+W Media, Inc. hereby stipulate the Court shall dismiss this Action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear it's own costs and attorney's fees.

_/s/ Richard Liebowitz_
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 6/21/2018
*Attorneys for Plaintiff Adrian Boot*

_/s/ Matthew C. Wagner_
Matthew C. Wagner
Diserio Martin O'Connor & Castiglioni LLP
One Atlantic Street,
Stamford, CT 06901
Tele: 203-569-1195
MWagner@dmoc.com

Dated: 6/21/2018
*Attorneys for F+W Media, Inc.*

SO ORDERED:
6/22/18

_/s/ Paul A. Engelmayer_
Hon. Paul A. Engelmayer

1